UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-39419 |
|---|---|
|    WADE A NOE | (Chapter 13) |
|    ANNA L NOE | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976172**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 13 | MIAMI VALLEY HOSPITAL<br>% CITY CREDITS CO<br>BOX 489 MCS<br>DAYTON, OH  45402 | 10.00 |
| 6/ 18 | TIME WARNER CABLE<br>BOX 741846<br>CINCINNATI, OH  45274 | 46.53 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service                    04-39419

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| WADE A NOE | LEE A SLONE | (36.1n) |
| ANNA L NOE | BOX 3340 | ATTY GENERAL STATE OF OHIO |
| 96 POMEROY AVE. | DAYTON, OH  45401 | % REBECCA DAUM |
| DAYTON, OH  45427-2538 | | 30 E BROAD ST 23RD FL |
| | | COLUMBUS, OH  43215 |

| (39.1n) | (13.1) | (18.1) |
| LITTON LOAN SERVICING LLP | MIAMI VALLEY HOSPITAL | TIME WARNER CABLE |
| BOX 829009 | % CITY CREDITS CO | BOX 741846 |
| DALLAS, TX  75382 | BOX 489 MCS | CINCINNATI, OH  45274 |
| | DAYTON, OH  45402 | |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      cs